**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ricardo Nunez NUNEZ, Defendant–
Appellant.**

No. 01–50265.
D.C. No. CR–99–00486–MMM.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI and
BERZON, Circuit Judges.

MEMORANDUM **

Ricardo Nunez Nunez appeals his
guilty-plea conviction and 60–month sen-
tence for conspiracy to possess and distrib-
ute heroin and methamphetamine, in viola-
tion of 21 U.S.C. §§ 846(a)(1) and 841.
We have jurisdiction under 28 U.S.C.
§ 1291, and we affirm.

Nunez contends that under *Apprendi v.
New Jersey,* 530 U.S. 466, 120 S.Ct. 2348,
147 L.Ed.2d 435 (2000), 21 U.S.C. § 841 is
unconstitutional. This argument is fore-
closed by *United States v. Buckland,* 289
F.3d 558, 562 (9th Cir.) (en banc), *cert.*

*denied,* —— U.S. ——, 122 S.Ct. 2314, 152
L.Ed.2d 1067 (2002).

Nunez also contends that *Apprendi* in-
validates the mandatory minimum sen-
tence provisions of section 841 and, thus,
his sentence. Because Nunez's sentence is
below the statutory maximum, this claim is
foreclosed by *Harris v. United States,* ——
U.S. ——, 122 S.Ct. 2406, 2419–20, ——
L.Ed.2d ——, (2002).

AFFIRMED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

